| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF DAKOTA | FIRST JUDICIAL DISTRICT |

Case Type: CONTRACT

| | |
|---|---|
| Church of the Nativity d/b/a Nativity Episcopal Church, | Court File No.: 19HA-CV-21-1672 |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMOVAL FROM THE EXPEDITED LITIGATION TRACK** |
| GuideOne Specialty Mutual Insurance Company, | |
| Defendant. | |

TO:   DEFENDANT GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, BY AND THROUGH ITS COUNSEL OF RECORD, LINDSEY DAVIS, ZELLE, LLP, 500 WASHINGTON AVENUE SOUTH, SUITE 4000, MINNEAPOLIS, MN 55415.

PLEASE TAKE NOTICE that on **September 21, 2021** at **9:00 a.m.,** or as soon thereafter as counsel may be heard before a Special Term Judge, via Remote Zoom video, Plaintiff Church of the Nativity d/b/a Nativity Episcopal Church will move the Court to remove the case from the Expedited Litigation Track, pursuant to ELT Rule 1(c) of the Special Rules for the Pilot Expedited Civil Litigation Track.

**MOTION**

Plaintiff Church of the Nativity d/b/a Nativity Episcopal Church, by and through its undersigned counsel, hereby moves this Court for an order granting Plaintiff's ELT 1(c) Motion to remove the case from the Expedited Litigation Track. This motion is based upon all of the files, records, and proceedings herein, Plaintiff's Memorandum of Law, and

supporting affidavits which will be served and filed in accordance with Special Rule 1(c) and Minn. R. Gen. Prac. 115.

                                       **SMITH JADIN JOHNSON, PLLC**

Dated: June 9, 2021              By: /s/ Marcus P. Zelzer
                                            Alexander M. Jadin (#387219)
                                            Marcus P. Zelzer (#401944)
                                            7900 Xerxes Avenue, Suite 2020
                                            Bloomington, MN 55431
                                            Telephone: (952) 388-0289
                                            Facsimile: (612) 235-7927
                                            ajadin@sjjlawfirm.com
                                            mzelzer@sjjlawfirm.com

                                            **Attorneys for Plaintiff**

2